IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CR-00337-RJC-SCR

| USA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CLYDE MONROE WILBURN (17), | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 632), the Indictment, (Doc. No. 288), as to Clyde Monroe Wilburn without prejudice. Since the return of the Indictment in 2013, the defendant has never appeared in court.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 632), is **GRANTED** and the Indictment, (Doc. No. 288), is **DISMISSED** as to Clyde Monroe Wilburn without prejudice.

Signed: March 26, 2024

Robert J. Conrad, Jr.
United States District Judge